IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

MARCUS AVERY DUNCAN,

      Petitioner,

  v.

BRIAN BELLEQUE,

      Respondent.

Civil No. 08-1080-BR

JUDGMENT

BROWN, Judge.

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is dismissed.

    The Court DENIES a certificate of appealability as Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

    DATED this <u>30th</u> day of December, 2010.

                                  <u>/s/ Anna J. Brown</u>
                                  ANNA J. BROWN
                                  United States District Judge